# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0198
_____

R. P., Father of A.P., a minor
child,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Steven Warrick, Judge.

August 19, 2024

PER CURIAM.

    AFFIRMED.

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amanda Peterson, Peterson, P.A., Mulberry, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Appellee Florida Department of Children & Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Tallahassee, for Guardian ad Litem o/b/o A.P.